UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

**-v-**

**JAMSHID MOINZADEH, et al.,**

        **Defendants.**

**Case No. 3:13-cv-060**

**Judge Thomas M. Rose**

---

### ENTRY AND ORDER STRIKING ANSWERS OF DEFENDANTS NetEO, INC. AND PASSIVE LLC

---

The United States of America filed the Complaint in this matter against Defendants Jamshid Moinzadeh ("Moinzadeh"), NetEO, Inc. and Passive LLC on March 4, 2013. (Doc. #1.) All three Defendants purported to answer this Complaint in one document on May 20, 2013. (Doc. #9.) However, in this purported answer, Defendants NetEO, Inc. and Passive LLC purport to adopt the answer of Defendant Moinzadeh and this purported adoption is executed by Moinzadeh.

This Court has no indication that Moinzadeh is licensed to practice law, and, while individuals may represent themselves, business entities may not. Thus Defendants' NetEO, Inc.'s and Passive LLC's answers are stricken because these Defendants are not represented by a licensed attorney. Defendants NetEO, Inc. and Passive LLC are given until not later than sixty (60) days following entry of this Order to properly answer the Complaint.

**DONE** and **ORDERED** in Dayton, Ohio this First Day of July, 2013.

                                            s/Thomas M. Rose

                                            _____
                                            THOMAS M. ROSE
                                        UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record